IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ALFRED T. PHILLIPS,**                      Case No. 3:16 CV 2693

    Plaintiff,

    v.                               Magistrate Judge James R. Knepp, II

**TOLEDO AREA REGIONAL**
**TRANSIT AUTHORITY,**

    Defendant.                   ORDER

Plaintiff Alfred T. Phillips ("Plaintiff") filed a Complaint in November 2016 alleging violations of the federal Civil Rights Act, 42 U.S.C. § 1981, and Ohio Civil Rights Act, Ohio Rev. Code § 4112.02. (Doc. 1). Following discovery, Defendant filed a Motion for Summary Judgment (Doc. 19). The Court granted motions extending Plaintiff's time for response. (Docs. 20, 22). In January 2018, the parties notified the Court that they had reached a settlement agreement, and a dismissal entry would be filed.

On June 15, 2018, having not received a dismissal entry, the Court *sua sponte* granted the parties until June 29, 2018 to file a stipulation for dismissal. (Doc. 23). That order also explained: "If such a stipulation is not filed, the case will be dismissed by the Court for want of prosecution." *Id.* To date, no such dismissal entry has been filed.

Civil Rule 41(b) provides authority to dismiss a case for plaintiff's failure to prosecute or comply with court orders. Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962) (recognizing district courts have the inherent authority to *sua sponte* dismiss an action for lack of prosecution).

Therefore, this case is DISMISSED WITH PREJUDICE for want of prosecution.

IT IS SO ORDERED.

                                                  s/ James R. Knepp, II  
                                                  United States Magistrate Judge